No. 267. STALLFORTH *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for

writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Moultrie Hitt* and *G. Kirby Munson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *F. E. Youngman* for respondent.